No. 94–7012. SORIANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7014. JONES, AKA BARNARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7016. MILES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7019. WISHON v. FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. C. A. 11th Cir. Certiorari denied.

No. 94–7021. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7024. TOWNSEND v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7026. STEELE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7027. AMIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–7034. HINTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7036. HUMMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7040. SKINNER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–7046. ANDERSON v. DEPARTMENT OF THE AIR FORCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–7049. BRAZZELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7050. MUSTILIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7052. PRATT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.